UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Stokes | Civil Action No. 15-00132 |
| versus | Magistrate Judge Carol B. Whitehurst |
| Iberia Parish Sheriffs Office, et al | By Consent of the Parties |

**JUDGMENT OF DISMISSAL**

The parties having notified the Court that the parties in this matter have reached an amicable resolution through settlement, *R. 26*,

**IT IS ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty (60) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under Kokkonen v. Guardian Life, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** on this 21st day of March, 2016 in Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE